United States Court of Appeals
Fifth Circuit

**F I L E D**

**June 2, 2003**

Charles R. Fulbruge III
Clerk

**UNITED STATES COURT OF APPEALS**

**FIFTH CIRCUIT**

———————————

No. 02-41664

(Summary Calendar)

———————————

JOSE GAMEZ; EUDELIA G. LEAL,

Plaintiffs-Appellants,

versus

LAREDO-WEBB COUNTY COMMUNITY ACTION AGENCY; WEBB COUNTY, TEXAS,

Defendants-Appellees.

———————————————————————————————

Appeal from the United States District Court
For the Southern District of Texas
USDC No. L-01-CV-78

———————————————————————————————

Before DAVIS, WIENER, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

Jose Gamez ("Gamez") and Eudelia G. Leal ("Leal") appeal the district court's grant of

summary judgment in favor of the Laredo Webb County Community Action Agency and Webb

———————————

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

County, Texas (collectively, "CAA"). Gamez and Leal filed suit against CAA pursuant to 42 U.S.C. § 1983, claiming that they were terminated for political reasons in violation of their first amendment rights.

We review the district court's ruling on a motion for summary judgment *de novo*, applying the same legal standard as the district court. *Wyatt v. Hunt Plywood Co.*, 297 F.3d 405, 408 (5th Cir. 2002). Summary judgment should be granted when there is "no genuine issue as to any material fact[.]" FED. R. CIV. P. 56(c); *Wyatt*, 297 F.3d at 408-09.

Gamez and Leal fail to allege facts to support their claim that they were fired in violation of their first amendment rights. Therefore, the district court's grant of summary judgment is AFFIRMED.